IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIFE SETTLEMENT INSIGHTS LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFEOPTIONS, LLC )<br>)<br>)<br>Defendant. )<br>) | CASE NO. 1:09-cv-622<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**UNDER RULE 41(a)(1)(A)(i)** |

WHEREAS, Plaintiff Life Settlement Insights LLC ("LSI") commenced the above-captioned action against LifeOptions, LLC ("Life Options"); and

WHEREAS, LSI and Life Options in resolution of all the claims made by LSI against Life Options in this lawsuit, for good consideration, negotiated a Settlement Agreement (the "Agreement"), the terms of which are memorialized by LSI and Life Options in the duly executed Agreement; and

WHEREAS, LSI desires to dismiss all of its claims against Life Options in this lawsuit with prejudice consistent with and in furtherance of the Agreement.

2

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Life Settlement Insights LLC, by and through its undersigned counsel, hereby voluntarily dismisses this action with prejudice, with each party to bear its own costs and attorneys' fees.

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

APRIL 20, 2009
```

Respectfully submitted,

*/s/ Larry J. Jones*
JOHN J. Eklund (0010895)
*jeklund@calfee.com*
LARRY J. JONES (0075489)
*ljones@calfee.com*
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
216-622-8200 (Phone)
216-241-0816 (Fax)

Attorneys for Plaintiff
Life Settlement Insights LLC

# CERTIFICATE OF SERVICE

This Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) of Plaintiff, Life Settlement Insights LLC has been filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF System. Additionally, a copy of the foregoing was served by regular U.S. mail, postage prepaid, upon Attorney for Defendant, Joyce H. Young, Esq., Ivey, Barnum & O'Mara, LLC, 170 Mason Street, Greenwich, CT 06830 on this 17th day of April, 2009.

*/s/ Larry J. Jones*
One of the attorneys for Plaintiff
Life Settlement Insights LLC